# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEE SHELTON,
                        Appellant,
            vs.
THE STATE OF NEVADA,
                        Respondent.

No. 73798

FILED

JAN 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to modify sentence.

Appellant has filed, in pro se, a notice of voluntary withdrawal of this appeal. Appellant states he understands the legal effects and consequences of voluntarily withdrawing this appeal, including that he cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-01783

cc:    Chief Judge, The Second Judicial District Court
Hon. A. William Maupin, Senior Justice
David Lee Shelton
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk